AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-03261

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DELANEY CONSTRUCTION PAVING

was received by me on *(date)*        09/15/2022        .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    "Jane" (refused first name) Delaney        , who is

designated by law to accept service of process on behalf of *(name of organization)*   DELANEY CONSTRUCTION

PAVING _____ on *(date)*       10/22/2022      ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $     0.00     for travel and $    150.00    for services, for a total of $    150.00    .


I declare under penalty of perjury that this information is true.


Date:    11/26/2022                                    *Server's signature*

                                        James E. Shelton
                                        *Printed name and title*

                                    2001 Market St., Suite 2500
                                    Philadelphia, PA 19103

                                        *Server's address*

Additional information regarding attempted service, etc:
   Arrived approximately 3:30 PM at 2470 Yankee Rd. Quakertown, PA 18951. Observed three juvenile males playing with a dog and dirt bikes in the back yard, along with multiple sheds, vehicles, and construction equipment with various names, including "Advanced Paving and Masonry," "Delaney Construction Paving," "Elite Paving & Concrete," and "Elite." Inquired if an adult was supervising them or if they knew the whearabouts of John Delaney. Juveniles responded that "Uncle Johnny" would return in about an hour or two. Returned to address at 5:08 PM and served an adult female, approximately 20 years old, wearing grey leggings and a grey/white sweatshirt. This woman stated address was "private property" and slammed the door in my face. Served clearly at the entrace of locked door next to a dirtbike helmet.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-03261

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JOHN DELANEY

was received by me on *(date)*        09/15/2022        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  "Jane" (refused first

name) Delaney _____ , a person of suitable age and discretion who resides there,

on *(date)*        10/22/2022        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $    0.00    for travel and $    150.00    for services, for a total of $    150.00    .

I declare under penalty of perjury that this information is true.

Date:    11/26/2022

*James E. Shelton*
Server's signature

James E. Shelton
Printed name and title

2001 Market St., Suite 2500
Philadelphia, PA 19103

Server's address

Additional information regarding attempted service, etc:
Arrived approximately 3:30 PM at 2470 Yankee Rd. Quakertown, PA 18951. Observed three juvenile males playing with a dog and dirt bikes in the back yard, along with multiple sheds, vehicles, and construction equipment with various names, including "Advanced Paving and Masonry," "Delaney Construction Paving," "Elite Paving & Concrete," and "Elite." Inquired if an adult was supervising them or if they knew the whearabouts of John Delaney. Juveniles responded that "Uncle Johnny" would return in about an hour or two. Returned to address at 5:08 PM and served an adult female, approximately 20 years old, wearing grey leggings and a grey/white sweatshirt. This woman stated address was "private property" and slammed the door in my face. Served clearly at the entrace of locked door next to a dirtbike helmet.