IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>   Plaintiff<br><br>v.<br><br>DELANEY CONSTRUCTION PAVING<br>AND JOHN DELANEY<br><br>   Defendants. | Case No. 2:22-cv-03261-JMY<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

 Plaintiff responds to this Court's order of October 8, 2024 (ECF No. 9) requesting that he show cause for why this case should not be dismissed for failure to prosecute. In response, Plaintiff avers that he intends to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) no later than Wednesday, November 6, 2024, if leave is so granted. Plaintiff respectfully requests that he be given until November 6, 2024 to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

Dated: **October 29, 2024**

                   _____/s/_____
                                 Andrew R. Perrong
                                  *Plaintiff Pro-Se*
                               1657 The Fairway #131
                                Jenkintown, PA 19046
                                 Phone: 215-791-6957
                               Facsimile: 888-329-0305
                               andyperrong@gmail.com

## **CERTIFICATE OF SERVICE**

Plaintiff certifies that on October 29, 2024, he filed the foregoing electronically via CM/ECF. Furthermore, Plaintiff certifies that he sent copies of the foregoing via First Class Mail with Tracking number 003109033148000106618944335157 to:

Delaney Construction Paving
And John Delaney
857 Callowhill Rd.
Perkasie, PA 18944

_____/s/_____
Andrew R. Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

2