# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANDREW PERRONG**, <br> Plaintiff, <br><br> v. <br><br> **DELANEY CONSTRUCTION PAVING AND JOHN DELANEY**, <br> Defendants. | CIVIL ACTION <br><br> No. 22-cv-3261-JMY |

## ORDER

AND NOW, this 3rd day of January, 2025, upon consideration of Plaintiff's Motion to Alter Judgment (ECF No. 13), it is hereby **ORDERED** that said Motion is **GRANTED**. The Order Granting Default Judgment (ECF. No. 12) is **AMENDED** as follows:

1. The judgment entered in favor of Plaintiff, and against Defendants, will include the $402.00 filing fee, changing the total judgment to $6,002.00.[1]

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] "Section 1920 specifically authorizes recovery of fees paid to the clerk and therefore the $400 filing fee sought by plaintiffs will be allowed." *J.M. v. Montgomery Cnty. Intermediate Unit*, No. CV 17-1583, 2018 WL 1470125, at *4 (E.D. Pa. Mar. 26, 2018); *see also Smith v. Presidio Networked Sols., Inc*., No. CV 22-736, 2024 WL 4094274, at *8 (E.D. Pa. Sept. 5, 2024) ("Courts have held that 'Section 1920 authorizes the award of costs for ... filing fee[s].'").